STATE v. COREY

[361 N.C. 422 (2007)]

STATE OF NORTH CAROLINA v. DELAUNO MONTREZ COREY

No. 539PA05

(Filed 29 June 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 173 N.C. App. 444, 618 S.E.2d 784 (2005), remanding for resentencing a judgment entered 11 December 2001 by Judge Carl L. Tilghman in Superior Court, Martin County, following defendant's plea of guilty to robbery with a dangerous weapon. Heard in the Supreme Court 8 May 2007.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Special Deputy Attorney General, for the State-appellant.*

*Geoffrey W. Hosford for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed and remanded to that court for reconsideration in light of our decisions in *State v. Hurt,* 361 N.C. 325, 643 S.E.2d 915 (2007), and *State v. Blackwell,* 361 N.C. 41, 638 S.E.2d 452 (2006), *cert. denied,* —— U.S. ——, —— L. Ed. 2d ——, 75 U.S.L.W. 3609 (2007).

REVERSED AND REMANDED.